UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CR305 CEJ |
| | ) | |
| CAROLYN KAY YELTON, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISBURSE EARLY PAYMENT OF RESTITUTION

COMES NOW the United States of America, by and through its attorneys, Michael W. Reap, Acting United States Attorney for the Eastern District of Missouri, and Thomas C. Albus, Assistant United States Attorney for said District, and submits its Motion to Disburse Early Payment of Restitution:

1. The parties to this matter have reached a plea agreement that has been accepted by the Court. Pursuant to this agreement, the defendant has already paid $9,000.00 into the registry of the Court.

2. The victim in the present case, as a result of the defendant's misconduct, is experiencing significant financial difficulties and any receipt of restitution as soon as possible would ameliorate these difficulties.

3. The financial unit of the Clerk of Court has advised that it would honor a Court order directing the Clerk of Court to disburse the restitution already in the Court registry immediately to the victim once the Clerk's office internal controls have been satisfied.

4. The defendant does not object to this request.

WHEREFORE, the government respectfully requests this Honorable Court to issue an order directing the Clerk of Court to: disburse all restitution in the Court registry in the present case as soon as is practicable to Wellsville - Middleton School District, 900 Burlington Road,

Wellsville, Missouri 63384 Attn: Superintendent Duane Bennett.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

/s/ Thomas C. Albus
Thomas C. Albus, #96250
Assistant United States Attorney

So Ordered:

_____     6/17/09
Catherine D. Perry                  Date
UNITED STATED DISTRICT JUDGE

## CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing was served electronically upon Ronald Jenkins, Esq., counsel for the defendant this 17th day of June, 2009.

/s/ Thomas C. Albus